CLAUDIA PORTOCARRERO
15030 #24, Ventura Blvd,
Sherman Oaks, CA 91403

IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>Plaintiff,<br>vs.<br><br>Simha Partnership, Ltd., a California limited partnership; Masud Hakim; Claudia A. Portocarrero; and Does 1-10,<br><br>Defendants, | Case No. 2:19-cv-05924-JFW-RAO<br><br>ORDER PURSUANT TO STIPULATION TO SET ASIDE CLERK'S ENTRIES OF DEFAULT OF DEFENDANT CLAUDIA PORTOCARRERO<br><br>Complaint filed: July 10, 2019 |

PURSUANT TO THE STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The entries of Default by Clerk against defendant Claudia Portocarrero [Docket No. 21 filed August 29, 2019], shall be set aside, and Defendant Claudia Portocarrero have seven (7) days to file and serve their Answer(s) to the Complaint, including affirmative defenses.

IT IS SO ORDERED.

10/9/19

U.S. District Court Judge